LAURETTE B. FRIEDMAN, PLAINTIFF-PETITIONER, v. ABRAHAM R. FRIEDMAN, DEFENDANT-RESPONDENT.

On petition for certification to Superior Court, Appellate Division.

*Messrs. Strong & Strong* for the petitioner.

*Mr. Joseph J. Mutnick* and *Mr. George G. Mutnick* for the respondent.

December 5, 1955.   Denied.

JAMES R. RUTH, *ET AL.*, PLAINTIFFS-RESPONDENTS, v. IRVING FENCHEL, DEFENDANT-PETITIONER.

On petition for certification to Superior Court, Appellate Division.

See same case below: 37 *N. J. Super.* 295.

*Mr. Ezra L. Nolan, Mr. Maurice C. Brigadier* and *Mr. Seymour Margulies* for the petitioner.

*Mr. John J. Wygant* and *Mr. Eugene T. Sharkey* for the respondents.

December 5, 1955.   Granted.